IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMMONS, | 1:06-CV-01229 AWI DLB P |
| Plaintiff, | ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT |
| vs. | (Doc. 1) |
| MICHAEL THEMINS, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| Defendants. | |

Plaintiff Robert Simmons ("plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2006, plaintiff submitted an unsigned complaint. All filings submitted to the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Plaintiff's complaint shall be stricken from the record for lack of signature and plaintiff shall file an amended complaint bearing her signature within thirty days.

In addition, plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff a 1983 civil rights complaint form;
2. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner**;
3. Within **thirty (30) days** of the date of service this order, plaintiff shall submit an amended complaint bearing his signature, and shall either submit a completed

application to proceed in forma pauperis **for a non-prisoner** or pay the $350.00 filing fee for this action; and

4. Failure to comply with this order within thirty days will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  October 3, 2006      /s/ Dennis L. Beck
3c0hj8                    UNITED STATES MAGISTRATE JUDGE