IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SIMMONS, | ) | 1:06-CV-1229 AWI DLB P |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO EITHER PAY FILING FEE IN FULL OR SUBMIT |
| vs. | ) | REGULAR CIVIL IN FORMA PAUPERIS |
| | ) | APPLICATION |
| MICHAEL THEMINS, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is not a prisoner within the meaning of the Prisoner Litigation Reform Act since he is cilly committed to Coaling State Hospital pursuant to California Welfare and Institutions Code § 6600 et seq.

    On October 3, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis used in regular civil action **or** pay the $350.00 filing fee. On October 13, 2006, in compliance with the order, plaintiff submitted an application to proceed without prepayment of fees and affidavit. However, plaintiff's application is not complete. Due to the fact plaintiff has answered "Yes" to question 3 (f), plaintiff is required to describe each source of

1  money and state the amount received and what he expects to continue to receive. The court
2  cannot make a determination to GRANT or DENY in forma pauperis status without the complete
3  information.  Plaintiff will be provided the opportunity to submit a new application to proceed in
4  forma pauperis, **or** to pay the $350.00 filing fee.
5          Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.
6  are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.
7  Page v. Torrey, 201 F.3d 1136, 1140 (9 Cir. 2000).  The court will send plaintiff an application to
8  proceed in forma pauperis used in regular civil actions.
9          Accordingly, IT IS HEREBY ORDERED that:
10              1. The Clerk's Office shall send to plaintiff an application to proceed in forma
11 pauperis used in **regular civil actions;**
12              2. Within thirty days of the date of service of this order, plaintiff shall submit a
13 **completed** application to proceed in forma pauperis, **or** in the alternative, pay the $350.00 filing
14 fee for this action.
15              3. Failure to comply with this order will result in a recommendation that this
16 action be dismissed.
17       IT IS SO ORDERED.
18    Dated:   **November 13, 2006**              **/s/ Dennis L. Beck**
     3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

2